

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TESSIE BELSOME

CIVIL ACTION

NO: 04-2962

SECTION: "S" (1)

## OPINION FOLLOWING REMAND

Tessie Belsome appealed the decision of the Bankruptcy Court of the Eastern District of Louisiana granting objections to her claim that her 1997 Thomas school bus is exempt from seizure as a tool of her trade, pursuant to La. Rev. Stat. 13:3881(A)(2)(a).  The court reversed the decision of the Bankruptcy Court and remanded the case for further proceedings.

Karl Belsome and Ronald J. Hof, the Chapter 7 Trustee, filed a timely appeal to the United States Court of Appeals for the Fifth Circuit.  The Court of Appeals concluded that the school bus is a motor vehicle subject to an exemption of $7,500 under La. Rev. Stat. 13:3881(A)(2)(d), vacated the judgment, and remanded the case for further proceedings.

Accordingly, the decision of the Bankruptcy Court sustaining the objections to the debtor's claim of exemption filed by Karl Belsome and Ronald J. Hof is **AFFIRMED**.

New Orleans, Louisiana, this _1_ day of February, 2006.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE